# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3869

_____

MICHAEL LEON HALL aka
ROBERT LEON HOLLAND,

Petitioner,

v.

STATE OF FLORIDA, PAMELA JO
BONDI, et al.,

Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

June 5, 2018

PER CURIAM.

DISMISSED.

WOLF, JAY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Michael Hall, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondents.